

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00352-CV

## IN THE INTEREST OF
## E.D., T.M., AND J.M., CHILDREN,

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. 08-17484-CV

## MEMORANDUM OPINION

Appellant has filed a Motion to Dismiss. *See* TEX. R. APP. P. 42.1(a)(1). The motion requests dismissal of this appeal because the trial court granted a motion for new trial and all the parties reached an agreement to dispose of all issues.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Dismissed
Opinion delivered and filed February 24, 2010
[CV06]